**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Renee Riley, individually and on behalf of all others
similarly situated,

                Plaintiff,

-against-

Estate Information Services, LLC d/b/a EIS
Collections,

                Defendant.

Docket No: 2:17-cv-04685-JS-AYS

ORDER

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: August 9, 2018

**BARRON & NEWBURGER, P.C.**

By:   /s Arthur Sanders
Arthur Sanders, Esq.
30 South Main Street
New City, New York 10956
Tel: (845) 499-2990
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s David M. Barshay
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112369
*Attorneys for Plaintiff*

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 15, 2018
Central Islip, NY

The Clerk of the Court
is directed to mark the
case CLOSED.